IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>WILLIAM M. LINSKEY and )<br>LINDA A. LINSKEY, )<br><br>Defendants. ) | Case No. 1:18-cv-11494-NMG |

## STIPULATION FOR JUDGMENT AND ENTRY OF JUDGMENT

It is hereby stipulated and agreed between the plaintiff United States of America and defendant William M. Linskey (collectively, "the parties"), that a final judgment shall be entered in this case as follows:

1.      As there is no just reason for delay, judgment is entered under Fed.R.Civ.P. 54(b) in favor of the plaintiff United States of America and against the defendant William M. Linskey for liabilities under 26 U.S.C. § 6672 in regard to the tax periods ending December 31, 2005, March 31, 2006, June 30, 2006, September 30, 2006, March 31, 2007, and June 30, 2007, in the amount of $104,335.72, plus such additional amounts as may continue to accrue by law from and after January 31, 2020, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c); and,

2.      Each party shall bear its own costs of litigation, including any possible attorney's fees.

IT IS SO ORDERED.

Dated: ___2/14/20___

_Nathaniel M. Gorton_
U.S. District Court Judge

Agreed:

UNITED STATES OF AMERICA,
Plaintiff

By its attorney,

Marie E. Wicks
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
202-307-0461 (v)
202-514-5238 (f)
Marie.E.Wicks@usdoj.gov


WILLIAM M. LINSKEY,
Defendant,

By his attorneys,

D. Sean McMahon
Mass. BBO 567542
McMahon & Associates, PC
One Financial Center, 15th Floor
Boston, MA 02111
Phone: (617) 600-5400
Fax: (617) 284-6260
sean@mcmahontaxlaw.com

Brian M. Gore
Mass. BBO 687676
McMahon & Associates, PC
One Financial Center, 15th Floor
Boston, MA 02111
Phone: (617) 600-5400
Fax: (617) 284-6260
brian@mcmahontaxlaw.com

Certificate of Service
I hereby certify that this document filed
through the ECF system will be sent
electronically to the registered participants
as identified on the Notice of Electronic
Filing (NEF), and copies will be sent to
those indicated as non-registered
participants on January 27, 2020
/s/ Marie E. Wicks

2